# NOVICK & ASSOCIATES, P.C.

ATTORNEYS AT LAW
202 EAST MAIN STREET
HUNTINGTON, NEW YORK 11743
TELEPHONE (631) 547-0300
FACSIMILE (631) 547-0212

DONALD NOVICK
JOHN P. GRAFFEO
MICHAEL J. SULLIVAN
KIMBERLY A. SCHECHTER
ALBERT V. MESSINA, JR.

June 17, 2008

THE GRAYBAR BUILDING
420 LEXINGTON AVENUE
NEW YORK, NY 10170
TELEPHONE (212) 897-0500
www.novicklawgroup.com

**Via Facsimile (212) 805-6737**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 18 2008
```

SO ORDERED

The conference is adjourned to
July 30, 2008 at 9:30 a.m.

*George B. Daniels*    JUN 18 2008

**HON. GEORGE B. DANIELS**

Hon. George B. Daniels
United States District Judge
500 Pearl Street
New York, New York 10007-1312

Re:   Marx v. Kaporovsky, et al.
Case No.   2008 CV 02763

Dear Judge Daniels:

We represent plaintiff, Patricia Marx. As discussed with Rahael, the initial conference concerning the above-referenced action is adjourned on consent from June 17, 2008 to ~~August 5,~~ 2008.   July 30

Thank you.

Respectfully yours,

*Michael J. Sullivan*
Michael J. Sullivan

cc:   Patricia Marx
      Olga J. Rodriguez, Esq. *Via Facsimile (718) 793-5387*