

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICIA MARX ETC.
                Plaintiff

-against-

SADIE KAPOROVSKY ET AL.
                Defendants

Order Declaring Case Eligible or Ineligible for Mediation

08 Civ. 2763 (GBD)

To the Clerk of Court:

1.   This case has been determined to be:

    ___ A.  Not eligible for mediation because the case is:
        ___  i. Not a case in which money damages only have been sought.
        ___  ii. A social security case.
        ___  iii. A tax matter.
        ___  iv. A Pro Se case.
        ___  v. A prisoners' civil rights case.

    ___ B.  Not eligible for mediation as otherwise determined by the Court.

    _X_ C.  Eligible for mediation subject to the limitations and restrictions noted below.

    If the case has been determined eligible for mediation:
        _X_  i. All issues are eligible.
        ___  ii. Only a specific issue(s) is eligible (cite issue(s)).

    The entire mediation process is confidential. The parties and the Mediator may not disclose information regarding the process, including settlement terms, to the Court or to third persons unless all parties otherwise agree. The identity of the Mediator is not to be disclosed even to the Court. However, persons authorized by the Court to administer or evaluate the mediation program may have access to information necessary to so administer or evaluate the program and parties, counsel and Mediators may respond to confidential inquiries or surveys by said persons authorized by the Court to administer or evaluate the mediation program.

(1 of 2)

The mediation process shall be treated as a compromise negotiation for purposes of the Federal Rules of Evidence and state rules of evidence. The Mediator is disqualified as a witness, consultant, attorney, or expert in any pending or future action relating to the dispute, including actions between persons not parties to the mediation process.

Any timetable set by the Court contained in a scheduling order or otherwise governing the completion of discovery, motion practice or trial date, etc. is to be strictly complied with and is in no way changed by the entry of this case into the Court's mediation program.

So Ordered.

Dated: AUG 1 3 2008

New York, New York

_George B. Daniels_
U.S.D.J.
HON. GEORGE B. DANIELS

## U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:08-cv-02763-GBD
## Internal Use Only

Marx v. Kaporovsky et al
Assigned to: Judge George B. Daniels
Cause: 28:1332 Diversity-Other Contract

Date Filed: 03/14/2008
Jury Demand: None
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**

**Patricia Marx**
*as administrator of the Estate of Ruth Weiner*

represented by **Michael J. Sullivan**
Schwartzapfel Novick Truhowsky & Marcus
202 East Main Street
Suite 208
Huntington, NY 10036
(631) 547-0300
Email: trobinson@sntmlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Sadie Kaporovsky**

represented by **Olga Johanna Rodriguez**
Law Office of Olga J. Rodriguez
80-02 Kew Gardens Road, Ste 1010
Kew Gardens, NY 11415
(718)-793-5385
Fax: (718)-793-5387
Email: ojrlatlaw@aol.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Estate of Kenneth Wiener**

represented by **Olga Johanna Rodriguez**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**The Kenneth Wiener Revocable Trust**

represented by **Olga Johanna Rodriguez**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/14/2008 | 1 | COMPLAINT against Sadie Kaporovsky, Estate of Kenneth Wiener, The Kenneth Wiener Revocable Trust. (Filing Fee $ 350.00, Receipt Number 644812)Document filed by Patricia Marx.(laq) (Entered: 03/18/2008) |
| 03/14/2008 | | SUMMONS ISSUED as to Sadie Kaporovsky, Estate of Kenneth Wiener, The Kenneth Wiener Revocable Trust. (laq) (Entered: 03/18/2008) |
| 03/14/2008 | 2 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Patricia Marx.(laq) (Entered: 03/18/2008) |
| 03/14/2008 | | Magistrate Judge Douglas F. Eaton is so designated. (laq) (Entered: 03/18/2008) |
| 03/14/2008 | | Case Designated ECF. (laq) (Entered: 03/18/2008) |
| 03/20/2008 | 3 | INITIAL PRETRIAL CONFERENCE: Initial Conference set for Tuesday, 6/17/2008 at 09:30 AM in Courtroom 15D, 500 Pearl Street, New York, NY 10007 before Judge George B. Daniels. (Signed by Judge George B. Daniels on 3/19/08) (tro) (Entered: 03/20/2008) |
| 05/09/2008 | 4 | ANSWER WITH AFFIRMATIVE DEFENSES to Complaint. Document filed by Sadie Kaporovsky, Estate of Kenneth Wiener, The Kenneth Wiener Revocable Trust.(pl) (Entered: 05/12/2008) |
| 06/18/2008 | 5 | ENDORSED LETTER addressed to Judge George B. Daniels from Michael J. Sullivan dated 6/17/08 re: Request that the 6/17/08 initial conference be adjourned to 8/5/08. ENDORSEMENT: SO ORDERED The (Initial) Conference is adjourned to 7/30/08 at 9:30 a.m. (Initial Conference set for 7/30/2008 at 09:30 AM before Judge George B. Daniels.) (Signed by Judge George B. Daniels on 6/18/07) (db) (Entered: 06/18/2008) |
| 07/30/2008 | | MEMORANDUM TO THE DOCKET CLERK: Hearing begun and concluded on 7/30/08, counsel for plaintiff (Michael J. Sullivan); Counsel for defendants (Olga Rodriguez) Court reporter present. Discovery is to be completed by the end of March. Next conference scheduled for Jan. 13 at 9:30. (djc) (Entered: 08/05/2008) |